# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-14805

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: July 07, 2010



_____
SARAH S. CURLEY
U.S. Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mark A. Schwartz<br>        Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>  vs.<br>Mark A. Schwartz, Debtor, Anthony H. Mason, Trustee.<br>        Respondents. | No. 2:10-BK-16288-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 22, 2005 and recorded in the office of the MARICOPA County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Mark A. Schwartz has an interest in, further described as:

> Lot 70, SCOTTSDALE TRAILS, according to Declaration of Horizontal Property Regime recorded in Document No. 85049273; Declaration of annexation recorded in Document No. 840352249; in Document No. 850232436; in Document 1"0.850344108; in Document ;\10. 850442525; in Document No. 850516868; in Document No. 86006280; in Document No. 86078859; in Document No. 86078860; in 860267155; in Document No. 860267156; in Document NO. 860352626; in Document No. 860352627, and plat recorded in Book 265 of Maps, page 50, records of Maricopa County, Arizona:
> TOGETHER WITH an undivided interest in the common elements as set forth in said Declaration and Plat.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.